| AO 10<br>Rev. 1/2017 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2016** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Sorokin, Leo T. | 2. Court or Organization<br><br>District Court, Massachusetts | 3. Date of Report<br><br>7/12/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

| 7. Chambers or Office Address<br><br>U.S. District Court<br>One Courthouse Way<br>Boston, MA 02210<br>Suite 6130 |
|---|

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Self-employed - psychologist |
| 2. | 2016 | Boston College - Adjunct Professor |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 7/12/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 7/12/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Rental/Vacation Property Massachusetts (2001, 273,100) | D | Rent | N | R | | | | | |
| 2. | Bank of America Accounts | A | Interest | J | T | | | | | |
| 3. | IRA #1 | | | | | | | | | |
| 4. | -Fidelity Contrafund | B | Distribution | K | T | | | | | |
| 5. | -Fidelity Pacific Basin | A | Distribution | K | T | | | | | |
| 6. | IRA #2 | | | | | | | | | |
| 7. | -Davis NY Venture Fund C | B | Dividend | K | T | | | | | |
| 8. | -Wells Fargo Cash | A | Dividend | J | T | | | | | |
| 9. | IRA #3 | | | | | | | | | |
| 10. | -Amazon | | None | K | T | | | | | |
| 11. | -Wells Fargo Cash Account | A | Int./Div. | J | T | | | | | |
| 12. | -Allianz FDS Small Cap | A | Dividend | J | T | | | | | |
| 13. | -Allianz Mid Cap Fund | B | Dividend | K | T | | | | | |
| 14. | -PIMCO FDS PAC Dev Invt Mgmt | B | Dividend | K | T | | | | | |
| 15. | Brokerage Acct#1 | | | | | | | | | |
| 16. | -Wells Fargo Money Market Fund | A | Interest | J | T | | | | | |
| 17. | -Vanguard Total Stock Market ETF | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 7/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Bristol Myers Squibb | A | Dividend | K | T | | | | | |
| 19. -Wisdomtree Investments | A | Dividend | J | T | | | | | |
| 20. -Healthcare Realty Trust, Inc. | B | Dividend | K | T | | | | | |
| 21. -Berkshire Hawthaway Series B | | None | K | T | | | | | |
| 22. -Saul Centers | A | Dividend | J | T | | | | | |
| 23. -Alibaba | | None | J | T | | | | | |
| 24. -Apple | B | Dividend | L | T | | | | | |
| 25. -Sector Spdr Tech Select Sector | B | Dividend | K | T | | | | | |
| 26. -Stratasys LTD Sys | | None | J | T | | | | | |
| 27. -3D SYSCorp | | None | J | T | | | | | |
| 28. DWS Scudder High Income Trust | A | Dividend | | | Sold | 11/11/16 | K | C | |
| 29. Matthews Pacific Tiger Fund | A | Dividend | | | Sold | 07/13/16 | K | D | |
| 30. IRA #4 | | | | | | | | | |
| 31. -Vanguard 500 Index Fund Adm | B | Dividend | L | T | | | | | |
| 32. -Vanguard Intermediate Term Investment Grade Fund | A | Dividend | K | T | | | | | |
| 33. -Vanguard U.S. Value Fund | A | Dividend | K | T | | | | | |
| 34. - Vanguard Emerging Markets Stock Index Adm | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 7/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Brokerage Acct#2 | | | | | | | | | |
| 36. -Vanguard U.S. Value Fund | A | Dividend | K | T | | | | | |
| 37. -Vanguard Total International Stock Index | A | Dividend | J | T | | | | | |
| 38. -Vanguard Total Stock Market Index | A | Dividend | J | T | | | | | |
| 39. -Vanguard 500 Index Fund | A | Dividend | J | T | Buy | 04/04/16 | J | | |
| 40. Brokerage Acct#3 (Y) | | | | | | | | | |
| 41. -Vanguard 500 Index Fund (Y) | | | | | | | | | |
| 42. -Vanguard Long Term treasury Fund (Y) | | | | | | | | | |
| 43. -Vanguard Extended Market Index Fund (Y) | | | | | | | | | |
| 44. Brokerage Acct#4 | | | | | | | | | |
| 45. -American Century Income and Growth Fund | A | Dividend | K | T | | | | | |
| 46. IRA #5 | | | | | | | | | |
| 47. -American Century Equity Income | B | Dividend | K | T | | | | | |
| 48. -American Century Prime Money Market | A | Interest | K | T | | | | | |
| 49. -American Century Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 50. Brokerage Acct#5 | | | | | | | | | |
| 51. -American Century Equity Income Fund | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 7/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Brokerage Acct#6 (Y) | | | | | | | | | |
| 53. -American Century All Cap Growth (Y) | | | | | | | | | |
| 54. Brokerage Acct#7 | | | | | | | | | |
| 55. -American Century Giftrust Fund | A | Dividend | J | T | | | | | |
| 56. Limited Partnership Bear Hollow Lender (Y) | B | Distribution | | | | | | | See Explanatory Note |
| 57. Limited Partnership Wolf Paca I | E | Int./Div. | M | U | | | | | |
| 58. Limited Partnership Joppa East | A | Dividend | J | U | | | | | |
| 59. OC, LLC | | None | M | T | | | | | |
| 60. Brokerage Account 11 | | | | | | | | | |
| 61. -Vanguard 500 Index Fund | A | Dividend | J | T | Buy | 04/04/16 | J | | |
| 62. IRA Account 12A (Y) | | | | | | | | | |
| 63. -Fidelity Gov't Money Market (Y) | | | | | | | | | |
| 64. -Matthews Pacific Tiger Fund (Y) | | | | | | | | | |
| 65. Brokerage Account 12B (Y) | | | | | | | | | |
| 66. -Wisdomtree Investments (Y) | | | | | | | | | |
| 67. -Vanguard Total Stock Market ETF (Y) | | | | | | | | | |
| 68. -Sterling Bank Corp. (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 7/12/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Sector Spider Technology Select (Y) | | | | | | | | | |
| 70. -Fidelity Gov't Money Market (Y) | | | | | | | | | |
| 71. IRA Account 13A | | | | | | | | | |
| 72. -Wells Fargo Bank Deposit Sweep Option | A | Interest | J | T | | | | | |
| 73. -Matthews Pacific Tiger | A | Dividend | J | T | | | | | |
| 74. -Sector Spider Technology Select | A | Dividend | J | T | | | | | |
| 75. Brokerage Account 13B | | | | | | | | | |
| 76. -Wells Fargo Bank Deposit Sweep Option | A | Int./Div. | J | T | | | | | |
| 77. -Sterling Bank Corp | A | Dividend | J | T | | | | | |
| 78. -Vanguard Total Stock Market ETF | A | Dividend | J | T | | | | | |
| 79. IRA Account 14A | | | | | | | | | |
| 80. -Wells Fargo Bank Deposit Sweep Option | A | Interest | J | T | | | | | |
| 81. -Matthews Pacific Tiger | A | Dividend | J | T | | | | | |
| 82. -Sector Spider Technology Select | A | Dividend | J | T | | | | | |
| 83. Brokerage Account 14B | | | | | | | | | |
| 84. -Wells Fargo Bank Deposit Sweep Option | A | Interest | J | T | | | | | |
| 85. -Sterling Bank Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 7/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Trust #4 | | | | | | | | | |
| 87. -Raymond James Bank Deposit Program | A | Int./Div. | | | Sold | 04/12/16 | J | A | |
| 88. -Fidelity Government Money Market | A | Int./Div. | K | T | Buy | 04/12/16 | J | | |
| 89. -Williams Companies | A | Int./Div. | J | T | | | | | |
| 90. - Fund Royce Opportunity Fund Investment Class N/L | A | Int./Div. | K | T | | | | | |
| 91. -Fund Oppenheimer DevMkts Fund | A | Int./Div. | J | T | | | | | |
| 92. - Kinder Morgan | A | Int./Div. | J | T | | | | | |
| 93. -Hartford International Value Fund | A | Int./Div. | J | T | | | | | |
| 94. -Berkshire Hathaway B | | None | K | T | | | | | |
| 95. -Crown Castle | A | Int./Div. | K | T | | | | | |
| 96. - Stock Alleghany Corp | | None | J | T | | | | | |
| 97. -Flow 2006 LLC | | None | M | W | | | | | |
| 98. -VSECU Bank Account | A | Int./Div. | J | T | | | | | |
| 99. -Fund Hartford Capital Appreciation Fund Class A | A | Int./Div. | J | T | | | | | |
| 100. -Liberty Media Corp Delaware Class A (LMCA) (Y) | | None | | | | | | | See Explanatory Note |
| 101. -Liberty Media Corp Delaware Com Series C (LMCK) (Y) | | None | | | | | | | See Explanatory Note |
| 102. -Liberty Broadband Corp Series A (LBRDA) | | None | J | T | Spinoff (from line 100) | 11/05/14 | J | | See Explanatory Note |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 7/12/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Liberty Broadband Corp Series C (LBRDK) | | None | J | T | Spinoff (from line 101) | 11/05/14 | J | | See Explanatory Note |
| 104. -Liberty Media Corp Com A (LSXMA) | | None | J | T | Spinoff (from line 100) | 04/18/16 | J | | |
| 105. -Liberty Media Corp Delaware Com C (LSXMK) | | None | J | T | Spinoff (from line 100) | 04/18/16 | J | | |
| 106. -Liberty Media Corp Delaware Com A (BATRA) | | None | J | T | Spinoff (from line 100) | 04/18/16 | J | | |
| 107. -Liberty Media Corp Delaware Com C Media (LMCK) | | None | J | T | Spinoff (from line 101) | 04/18/16 | J | | |
| 108. -Liberty Media Corp Delaware Com A Media (LMCA) | | None | J | T | Spinoff (from line 101) | 04/18/16 | J | | |
| 109. -Liberty Media Corp Delaware Com C (BATRK) | | None | J | T | Spinoff (from line 101) | 04/18/16 | J | | |
| 110. -Fund Third Avenue Focused Credit Fund Investor Class | A | Int./Div. | J | T | | | | | |
| 111. -Longleaf Small-cap Fund | C | Int./Div. | K | T | | | | | |
| 112. -Putnam Capital Spectrum | A | Int./Div. | J | T | | | | | |
| 113. -Netflix | | None | J | T | Buy | 04/25/16 | J | | |
| 114. Janus Worldwide Fund | A | Dividend | J | T | | | | | |
| 115. Trust #5 | | | | | | | | | |
| 116. -Wells Fargo Bank Deposit Sweep | A | Int./Div. | L | T | | | | | |
| 117. -Stock Sector Spdr TR Tech Select Sector XLK | A | Int./Div. | K | T | | | | | |
| 118. -Alibaba Group | | None | J | T | | | | | |
| 119. -Verizon Communications | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 7/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Bear Hollow Lender LLC (Y) | D | Distribution | | | | | | | See explanatory note. |
| 121. -Gunpowder W Corp. | | None | J | W | | | | | |
| 122. -Joppa East Limited Partnership | A | Int./Div. | J | W | | | | | |
| 123. -Mayfield W, Inc. | | None | J | W | | | | | |
| 124. -MHW, LLC | D | Distribution | L | W | | | | | |
| 125. -Exploration Capital 2005 | D | Int./Div. | L | W | | | | | |
| 126. -Wolf Realty Corp. | | None | J | W | | | | | |
| 127. -Saul Centers Bond | B | Int./Div. | K | T | | | | | |
| 128. -VSECU Bank Account | A | Int./Div. | J | T | | | | | |
| 129. -Merck | A | Int./Div. | K | T | | | | | |
| 130. -GSV Capital | B | Int./Div. | J | T | Buy | 01/07/16 | J | | |
| 131. -Loan to Trust #4 | | None | L | W | | | | | |
| 132. Brokerage Account 15 (Y) | | | | | | | | | |
| 133. -Matthews Pacific Tiger Fund (Y) | | | | | | | | | |
| 134. IRA Account 20 | | | | | | | | | |
| 135. -Wells Fargo Money Market | A | Int./Div. | J | T | | | | | |
| 136. -Tesla Motors, Inc. | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 7/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Chipotle | | None | J | T | | | | | |
| 138. -Illumina | | None | J | T | Buy | 04/19/16 | J | | |
| 139. -Netflix | | None | J | T | Buy | 04/20/16 | J | | |
| 140. -Synaptics | | None | J | T | Buy | 04/20/16 | J | | |
| 141. IRA BA 17 | | | | | | | | | |
| 142. -Indexiq ETF Tr IQ ARB Global Res ETF | | None | | | Sold | 06/01/16 | J | A | |
| 143. -AMG Managers Fair Pointe Mid Cap fund | A | Dividend | J | T | | | | | |
| 144. -Acadian Emerging Markets Port Instl | A | Distribution | | | Sold | 06/01/16 | J | A | |
| 145. -Allianz NFJ Small Cap Value Class I | A | Dividend | | | Sold | 06/01/16 | J | A | |
| 146. -American Mutual Fund Cl F2 | A | Dividend | J | T | | | | | |
| 147. -Brown Capital Mgt Small C. Inv. | A | Dividend | J | T | | | | | |
| 148. -Cohen & Steers Realty Shares | A | Dividend | J | T | | | | | |
| 149. -Columbia Acorn international Cl Z | A | Dividend | | | Sold | 06/01/16 | J | A | |
| 150. -Fidelity 500 Index FD Investor Class | A | Dividend | J | T | | | | | |
| 151. -Fidelity Advisor New Insights cl I | A | Dividend | | | Sold | 06/01/16 | J | A | |
| 152. -Harbor International Institutional | A | Dividend | J | T | | | | | |
| 153. -Aberdeen Total Return Bond Fund Cl I | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 7/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Fidelity Floating Rate High Income | A | Dividend | J | T | | | | | |
| 155. -Fidelity Total Bond | A | Dividend | J | T | | | | | |
| 156. -PIMCO Total REturn Instl | A | Dividend | J | T | | | | | |
| 157. -Osterweis Strategic Income Fund | A | Dividend | J | T | | | | | |
| 158. -Cohen & Steers Intl Realty Inc. Cl I | A | Dividend | | | Sold | 06/01/16 | J | A | |
| 159. -IQ Alpha Hedge Strategy Instl | A | Dividend | J | T | | | | | |
| 160. -Putnam Absolute Return 700 Fund | A | Dividend | | | Sold | 06/01/16 | J | A | |
| 161. -Fidelity Cash Reserves | A | Interest | K | T | | | | | |
| 162. -Fidelity Small Cap Index Investor | A | Distribution | J | T | Buy | 06/01/16 | J | | |
| 163. IRA 18 | | | | | | | | | |
| 164. -Schwab Adv Cash Reserves | A | Dividend | L | T | | | | | |
| 165. -Greif Brothers Notes Due 2/1/17 | B | Int./Div. | K | T | | | | | |
| 166. -Plum Crk Tmbrlnd Bonds due 3/15/21 | A | Interest | J | T | | | | | |
| 167. -Wells Fargo Mtg Frn 2033 REMIC due 3/25/33 | A | Interest | | | Sold | 06/21/16 | J | | |
| 168. -Acuity Brands | A | Dividend | J | T | | | | | |
| 169. -CISCO Systems | A | Dividend | J | T | | | | | |
| 170. -General Electric Co. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 7/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -International Business Machines | A | Dividend | K | T | | | | | |
| 172. -PPG Industries | A | Dividend | J | T | | | | | |
| 173. -St Jude Medical | A | Dividend | J | T | | | | | |
| 174. -United Parcel Service Class B | A | Dividend | J | T | | | | | |
| 175. -Dynex Capital Inc. New REIT | A | Dividend | | | Sold | 05/05/16 | J | A | |
| 176. -Staples Bond Due 1/12/18 | A | Interest | J | T | | | | | |
| 177. -Weyerrhaeuser Co. Bond due 02/1/18 | A | Dividend | J | T | | | | | |
| 178. -Dreamworks Animation | | None | | | Sold | 08/24/16 | K | D | |
| 179. -Freeport McMoran Copper | A | Dividend | | | Sold | 05/05/16 | J | A | |
| 180. -Weyerhaeuser Co REIT (fromerly Plum Creek Timber Co. REIT) | A | Interest | J | T | | | | | |
| 181. -DB Horton Bond due 4/15/16 | A | Interest | | | Matured | 04/15/16 | J | A | |
| 182. -Marathon Value Portfolio | A | Dividend | K | T | | | | | |
| 183. -Vanguard Total Stock Market Index Fund | A | Dividend | J | T | | | | | |
| 184. -Ishares Exp Technology ETF | A | Dividend | J | T | | | | | |
| 185. -Technology Select Sector Spdr ETF | A | Dividend | J | T | | | | | |
| 186. Utah Ed Savings Age Based Aggressive Global Fund | B | Dividend | L | T | Buy (add'l) | 8/3/16 | J | | |
| 187. | | | | | Buy (add'l) | 09/06/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. | | | | | Buy (add'l) | 10/03/16 | J | | |
| 189. | | | | | Buy (add'l) | 11/03/16 | J | | |
| 190. | | | | | Buy (add'l) | 12/05/16 | J | | |
| 191. Utah Ed Savings Age Based Aggressive Domestic Fund | A | Dividend | | | Sold | 07/25/16 | K | A | |
| 192. USAA Bank Accounts | A | Int./Div. | J | T | | | | | |
| 193. BA Account 19 | | | | | | | | | |
| 194. -Schwab Cash Account | A | Int./Div. | J | T | | | | | |
| 195. -Forest City Enterprises Inc. Stock | A | Dividend | | | Sold | 06/14/16 | J | D | |
| 196. -Graco, Inc. Stock | A | Dividend | | | Sold | 02/08/16 | J | C | |
| 197. -Noble Corp. Stock | A | Dividend | | | Sold | 02/08/16 | J | A | |
| 198. -Pepsico Inc. stock | A | Dividend | | | Sold | 01/04/16 | J | C | |
| 199. -Procter & Gamble | | None | | | Sold | 01/04/16 | J | C | |
| 200. Brokerage Account #21 (Y) | | | | | | | | | |
| 201. -FDIC Insured Deposits (Y) | | | | | | | | | |
| 202. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 7/12/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Notes Regarding Part VII Investments and Trusts

 Brokerage Account #3 (Lines 40-43), BA6 (Lines 52-53), IRA Accounts 12A & 12 B (lines 62-70), BA15 (lines 132-133) and BA 21 (Lines 200-201) are owned by a person no longer residing in my household and no longer financially dependent.

 Liberty entities (lines 100-109) Ininally, in 2012, Liberty Media, the asset listed on Line 109 was purchased.  Line 101 (LMCK) was a later spinoff on July 25, 2014 from Liberty Media.  Liberty Broadband, the assets listed on Lines 102 and 103, were spinoffs on November 5, 2014 from the two Liberty Media assets listed on lines 100 and 101.  All four of these assets were listed collectively as Liberty Media prior to this report.  In preparing this report, I realized they should be listed separately.   In addition, as reflected in Part VII the two Liberty Media entities listed on Lines 100 and 101 were spunout into six separate entities all of which are listed separately.  These two original Liberty Media entities no longer exist so they are a (Y) and have no value on 12/31/16.

AMG Managers Fair Pointe Mid Cap Fund (143) name change
Fidelity 500 Index FD Investor Clas (150)  Name corrected to conform to name on Fidelity statement

Bear Hollow (Lines 56 and 120). This entity made a distribution, closed its affairs and has ceased.

 180 - On 2/22/16 Plum Creek REIT merged into Weyerhauser REIT. No exchange of cash occurred.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leo T. Sorokin**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544